Opinion filed February 2, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed February 2, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00001-CR 

                                                    __________

 

                               REGAN BRYANT GAMBLE, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 42nd District Court

 

                                                          Taylor
County, Texas

 

                                                  Trial
Court Cause No. 21692-A

 



 

                                                                   O
P I N I O N

Regan Bryant Gamble has filed in this court a
motion to dismiss this appeal.  The
motion is signed by both appellant and counsel. 
The motion is granted.

The appeal is dismissed.

 

February 2, 2006                                                                     PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b). 

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.